**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

**LELAND WILLIAM CALDER**
925 E Gregson Ave, Salt Lake City, UT 84106
385-487-0164
Plaintiff,

**v.**

**ANDY ZWEBER**, President
**GENERAL DISTRIBUTING COMPANY**
(Representing Budweiser/Anheuser Busch/ABInBev)
5350 Amelia Earhart Dr, Salt Lake City, UT 84116
Phone: 801-531-7895 / 801-363-4924,

**BLAINE BERNARD**, Attorney
**HOLLAND & HART**
222 S Main St Suite 2200, Salt Lake City, UT 84101
Phone: 801-799-5800,

**SCOTT VAN WAGONER**, Sergeant
**South Salt Lake Police Department**
2835 S Main St, Salt Lake City, UT 84115
Phone: 801-412-3600,

**MIKE BROWN**, Chief
**Salt Lake City Police Department**
475 South 300 East, Salt Lake City, UT 84111
Phone: 801-799-3000,

**ERIN MENDENHALL**, Mayor
**JILL LOVE**, Chief Administration Officer
**SALT LAKE CITY MAYOR'S OFFICE**
451 South State Street, Salt Lake City, UT 84111
Phone: 801-535-7704,

**JEANNE ROBISON**, Judge
**SYDNEY MAGID**, Judge
**CLEMENS LANDAU**, Judge
**SALT LAKE CITY JUSTICE COURTS**
333 S 200 E, Salt Lake City, UT 84111
Phone: 801-535-6300,

**CARMA NIELSON**, District Attorney
**CHAD J. CARTER**, District Attorney
**PAIGE WILLIAMSON**, District Attorney
**MADISON BARR**, District Attorney
**SCOTT FISHER**, District Attorney
**SIM GILL**, District Attorney
**MARK A. FLORES**, District Attorney
**ALAN WOODLAND**, District Attorney
**OFFICE OF THE SALT LAKE CITY PROSECUTORS**
35 East 500 South, 4th Floor, Salt Lake City, UT 84111
Phone: 385-468-7900,

**SEAN REYES**, Attorney General
**TRINA A. HIGGINS**, USAO
**DEREK BROWN**, Attorney General
**OFFICE OF THE ATTORNEY GENERAL, UTAH STATE CAPITOL COMPLEX**
350 North State Street Suite 230, Salt Lake City, UT 84114-2320

FILED US District Court-UT
JAN 21 '25 PM 02:04

Case: 2:25-cv-00046
Assigned To : Romero, Cecilia M.
Assign. Date : 1/21/2025
Description: Calder v. Zweber et al

Phone: 801-366-0260,

**MISS POTTER**, Public Defender
**JORDAN CONRAD**, Public Defender
**HANNAH SAKALLA**, Public Defender
**LANCE BASTIAN**, Public Defender
**SALT LAKE LEGAL DEFENDER ASSOCIATION**
275 E 200 S, Salt Lake City, UT 84111
Phone: 801-532-5444,

**SPENCER J. COX**, Governor
**THE OFFICE OF GOVERNOR**
350 N. State Street, Suite 200, P.O. Box 142220, Salt Lake City, UT 84114-2220
Phone: 801-538-1000,

**LANCE FRALEY**, Claims Adjuster
**ANDREW SEELY**, Claims Adjuster
**DIVISION OF RISK MANAGEMENT**
4315 S. 2700 W., Taylorsville, Utah 84129
Phone: 801-957-7170,

**Defendants.**

**COMPLAINT FOR VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS**

**JURISDICTION**
1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the Constitution and laws of the United States. Additionally, jurisdiction is proper under 28 U.S.C. § 1343(a)(3) and (4), which confer jurisdiction over civil actions to redress the deprivation, under color of state law, of rights secured by the Constitution or laws of the United States.

**FACTUAL ALLEGATIONS**

**I. Incident at Budweiser Distribution Center**
On September 6, 2022, at the Budweiser Distribution Center located at 5350 Amelia Earhart Dr, Salt Lake City, UT 84116, the plaintiff, Leland William Calder, was assaulted by three individuals, including a manager on duty. This assault led to immediate physical injuries and has caused long-term health complications.

**II. Attempted Kidnapping by Elliot Von Otten**
Elliot Von Otten attempted to kidnap Leland Calder under the pretense of conducting business, with the intent to take him to California. During this incident, Otten allegedly used ketamine to poison Calder. This event is directly linked to the charges of electronic communication harassment filed against Calder, which the plaintiff contends was a form of "lawfare" used to distract from the main issues of the assault at the distribution center and subsequent police corruption and cover-up by Sergeant Scott Van Wagoner.

**III. Lack of Police Report**
On September 7, 2022, the plaintiff reported the assault to the police department but has not been provided with a police report. On September 8, 2022, at 2:08 PM, Sergeant Scott Van Wagoner left a voicemail regarding the incident, but no further action was taken to provide the plaintiff with a report or incident documentation.

**IV. Pattern of Abuse by Sergeant Scott Van Wagoner**
For the past 13 years, Sergeant Scott Van Wagoner has systematically denied the plaintiff his civil and constitutional rights. This ongoing abuse has escalated into broader community violations, demonstrating a pattern of misconduct, particularly in his role as a Vice cop.

**V. Communication with Budweiser and Anheuser Busch**
From September 7 to 10, 2022, the plaintiff attempted to communicate with Budweiser and Anheuser Busch via email and Instagram about the incident. A phone conversation was recorded where the plaintiff detailed the event, after which there was no further contact from the company.

**VI. False Charges**
On September 11, 2022, the plaintiff was charged with electronic communication harassment, unrelated to the assault and perceived as an attempt to distract from resolving the assault issue. The city and state subjected Mr. Calder to 9 court proceedings with 3 judges and 6 district attorneys, none of whom addressed his civil and constitutional rights regarding these matters. This one-sided indictment exemplified how the judicial system failed to provide justice, appearing instead as a witch hunt on Mr. Calder's character.

**VII. Defamation of Character**
Throughout this process, Mr. Calder's character was defamed through the dissemination of false allegations, further damaging his reputation and standing in the community.

**VIII. Legal Implications and Rights Violations**
The plaintiff invokes several legal principles and rights violations, including:

- **42 U.S.C. § 1983** for violations under color of state law.
- **Selective Prosecution**, **Vindictive Prosecution**, **Bias**, **Prejudice**.
- **Stare Decisis** (breaking binding precedent).
- **Conspiracy Against Rights** under 18 U.S.C. § 241.
- **Misconduct by Law Enforcement** under 18 U.S.C. § 242.
- Violations of First, Fifth, Sixth, Eighth, and Fourteenth Amendments.

**IX. Cease and Desist Order**
On December 2, 2022, the plaintiff received a cease and desist letter from Holland & Hart, representing Budweiser, warning against further discussion of the incident.

**X. Attempts at Resolution**
The plaintiff attempted to resolve the issue through various governmental and corporate channels, including contacting Governor Spencer J. Cox on 13 separate occasions to speak about the failure to intervene in the whole chain of command. Despite these efforts, Governor Cox refused to come to the table and disagree better with these federal violations that have been outlined in this lawsuit, being brought forward into the courts.

**XI. Allegations Against Governor Cox and Lieutenant Governor Henderson Regarding Election Violations**

The plaintiff alleges that Governor Spencer J. Cox and Lieutenant Governor Deidre Henderson have engaged in actions that violate federal election laws, thereby undermining the integrity of state elections:

- **Concealment, Removal, or Mutilation Generally** under 18 U.S.C. § 2071, concerning potential manipulation or concealment of election records.
- **Voting Assistance for the Elderly and Handicapped** under 52 U.S.C. § 20511, alleging non-compliance with federal mandates for accessible voting.
- **Obstruction of Proceedings before Departments, Agencies, and Committees** under 18 U.S.C. § 1505, where obstruction in election audits might have occurred.
- **Conspiracy to Commit Offense or to Defraud United States** under 18 U.S.C. § 371, suggesting a coordinated effort to influence election outcomes.
- **Principals** under 18 U.S.C. § 2, implicating direct involvement in these alleged illegal activities.

**XII. Notice of Claim**
The plaintiff filed a Notice of Intent to sue on July 10, 2024, within the statutory period for both civil claims against the state (Utah Code Ann. § 63G-7-401 et seq.) and the company.

**DAMAGES**
- **Immediate Physical Injury:** A basketball-sized bruise on the plaintiff's right thigh, upper leg, and hip region.
- **Long-term Health Effects:** Chronic pain, muscle spasms, hip issues, and general health deterioration.
- **Economic Damages:** Medical expenses, lost wages, and future loss of earning capacity.

- **Punitive Damages:** For the reckless disregard of the plaintiff's rights and safety.
- **Emotional Distress, Pain & Suffering:** Psychological impact including trauma, anxiety, depression, and loss of enjoyment of life.
- **Future Economic Damages:** Anticipated costs for continued medical treatment, therapy, and potential surgeries.

**RELIEF SOUGHT**
The plaintiff seeks:

- **1 Billion Dollars** from the State of Utah.
- **5 Billion Dollars** from ABInBev/Budweiser/Anheuser Busch.
- **1 Billion Dollars** from General Distributing Company.
- **1 Billion Dollars** from Holland & Hart law firm.

For violations of his First Amendment rights, systemic oppression, social classism, public corruption, and the physical and psychological injuries sustained.

**PRAYER FOR RELIEF**
Plaintiff prays for:

- Compensatory damages for all losses, both immediate and future.
- Punitive damages for egregious conduct.
- An injunction preventing further harassment or retaliation.
- Any other relief the Court deems just and proper.

**Sincerely,**

**Leland William Calder**
925 E Gregson Ave, Salt Lake City, UT 84106
385-487-0164
Lelandcalder1984@gmail.com