•COVER LETTER•

#1 **NOTICE OF INTENT TO SUE**
#2 **SUBJECT: NOTICE OF INTENT TO SUE**
#3 **UNITED STATES DISTRICT COURT**

---

•SUPPORTING EVIDENCE•

#1 **SUMMONS**
#2 **NOTICE OF ORDER**
#3 **MOTION TO VOLUNTARILY DISMISS**
#4 **VIOLATION OF SIXTH AMENDMENT RIGHT
#5 **IN CONCLUSION**

---

•WRIT OF CERTIORARI•

#1 **Petition for Writ of Certiorari**
   - Is Stare Decisis Binding

---

•CHAIN OF COMMAND•

#1 **Addressing Systemic Corruption
#2 **Addressing Judicial Corruption
#3 **Addressing Police Corruption