**NOTICE OF INTENT TO SUE**

**JAN 13TH, 2025**

**To Whom It May Concern:**

**Jill Love**
Chief Administrative Officer
Division of Risk Management

**CLAIMANT:**
Leland William Calder
925 E Gregson Av
Salt Lake City, U,T 84106
(385) 487-0164

---

**THE PARTIES:**

**General Distributing Company**
(Budweiser/Anheuser-Busch/AB InBev)
5350 Amelia Earhart Dr,
Salt Lake City, UT, 84116
(801) 531-7895

**General Distributing Company**
**Andy Zweber**, President
5350 W Amelia Earhart Drive
Salt Lake City, UT 84116
(801) 531-7895
(801) 363-4924
andy@generaldist.com
www.generaldistributingcompany.com

**Holland & Hart**
Law Firm
222 S Main St Suite 2200
Salt Lake City, UT 84101
(801) 799-5800

**Blaine Benard**
Attorney at Holland & Hart
(801) 799-5800

**South Salt Lake Police Department**
2835 S Main St, Salt Lake City, UT
(801) 412-3600

**Salt Lake City Police Department**
475 South 300 East, Salt Lake City, UT
(801) 799-3000

**Sargent Scott Van Wagoner**

**Salt Lake City Mayor's Office**
451 South State Street
Salt Lake City, UT 84111
(801) 535-7704

**Erin Mendenhall**, Mayor

**Salt Lake City Justice Courts**
333 S 200 E, Salt Lake City, UT 84111

(801) 535-6300

**Judges:**
- Jeanne Robison
- Sydney Magid
- Clemens Landau

**Office of the Salt Lake City Prosecutor**
35 East 500 South, 4th Floor
Salt Lake City, UT 84111

**Attorneys:**
- Carma Nielsen
- Chad J. Carter (Bar No. 17962)
- Paige Williamson (Bar No. 8338)
- Madison Barr (Bar No. 17935)
- Scott Fisher
- Sim Gill (Bar No. 6389)
- Mark A. Flores
- Alan Woodland

**Office of the Attorney General, Utah State Capitol Complex**
350 North State Street Suite 230
Salt Lake City, UT 84114-2320
(801) 366-0260

**Sean Reyes**, Attorney General

**United States Attorney**
**Trina A. Higgins**
Office of the United States Attorney for Utah

**Salt Lake Legal Defender Association**
275 E 200 S, Salt Lake City, UT 84111
(801) 532-5444

**Attorneys:**
- Miss Potter
- Jordan Conrad
- Hannah Sakalla
- Lance Bastian

**Office of the Governor**
350 N. State Street, Suite 200
P.O. Box 142220
Salt Lake City, UT 84114-2220
(801) 538-1000

**Spencer J. Cox**, Governor
**Michal Mower**, Chief of Staff
**Morgan** (Receptionist, Constituent Services)

**Elliot Von Otten**
[Information not available]

---

**Notice of Intent to Sue**

Dear Parties Involved:

I am writing to formally notify you of my intent to file a lawsuit against Budweiser, General Distributing Company, the City of Salt Lake, and the State of Utah for the following reasons:

- **Assault at the Budweiser Manufacturing Facility:** An incident occurred where I was assaulted by management and employees, resulting in physical injuries including a large bruise on my right thigh, upper leg, and hip region. I was never provided with a police report despite my requests.

- **Conspiracy Against Rights (18 U.S.C. § 241)**: The use of false charges to hinder my pursuit of justice.

- **Misconduct by Law Enforcement & Other Government Actors (18 U.S.C. § 242)**: Cover-up and misuse of legal processes.

- **Violation of Civil and Constitutional Rights**: Including but not limited to First, Fifth, Sixth, Eighth, and Fourteenth Amendments, affecting my rights to free speech, fair trial, and freedom from cruel and unusual punishment.

- **Violation of ADA and other federal statutes**: Including selective prosecution, prosecutorial and judicial misconduct, and failure to intervene.

**Damages Claimed:**
- Economic and punitive damages
- Emotional distress, pain, and suffering
- Future economic damages

**Financial Demands:**
- **From the State of Utah:** $1 Billion
- **From AB InBev/Budweiser/Anheuser-Busch:** $5 Billion
- **From General Distributing Company:** $1 Billion
- **From Holland & Hart:** $1 Billion

**Total Compensation Sought:** $8 Billion

**Legal Grounds:**

- **Case Law:**
  - *Counterman v. Colorado* (600 U.S. 66, 2023) - True threat doctrine.
  - *United States v. Guyton* (82 M... 146) - Right to a speedy trial.
  - *Barker v. Wingo* (407 U.S. 514, 1972) - Further support for Sixth Amendment rights.
  - *Howlett v. Rose* (496 U.S. 356, 1990) - State courts must hear federal claims.

- **Statutory Violations:**
  - 42 U.S.C. § 1983 - Violation of constitutional rights under color of law.
  - Utah Code § 63G-7-202(3)(c) - Exceptions to governmental immunity.

I have documented all interactions, including emails, voicemails, and videos, which are available on my Instagram @Artistic_Cre8tions.
As Well On "X"

Please respond to this notice within 90 days to resolve this matter amicably. Failure to do so will lead to further legal action.

**Contact Information:**

Leland William Calder
925 E Gregson Av
Salt Lake City U,T 84106
- **Phone:** (385) 487-0164

Sincerely,
**Leland W. Calder**


---

**A Quick Synopsis:**

- **Alleged Criminal Acts:** Color of Law, Nepotism, Prosecutorial Misconduct, Police Misconduct, No Miranda Warnings, Exclusionary Rule Violations, Fruit of the Poisonous Tree, and violations under ADA and 1983 Brady Claims.

- **Desired Outcomes:** Justice, compensation for injuries and rights violations, arrest and prosecution of involved parties like Elliot Von Otten and Sargent Scott Van Wagoner.