**Subject: Notice of Intent to Sue and Discussion on Involuntary Servitude, Civil, and Constitutional Rights Violations**

**Regarding:** Alleged Violations of Civil and Constitutional Rights through Involuntary Servitude, Public Corruption, and Legal Misconduct.

**Statement:**

I assert that my civil and constitutional rights have been systematically stripped from me due to widespread public corruption in Utah. This includes:

- **Involuntary Servitude:** Under the Thirteenth Amendment of the U.S. Constitution, "neither slavery nor involuntary servitude, except as punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction." I contend that these rights have been infringed upon without due process or conviction of a crime.

[](https://law.justia.com/constitution/us/amendment-13/) [](https://constitutioncenter.org/the-constitution/amendments/amendment-xiii/interpretations/137)

- **Rights Violations:** "Whoever, under color of any law, willfully subjects any person...to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States [shall be guilty of a crime]" under 18 U.S.C. § 242. I am prepared to prove that my rights under the First, Fifth, Sixth, Eighth, and Fourteenth Amendments have been violated, alongside violations of 42 U.S.C. § 1983, which addresses civil actions for the deprivation of rights.[]

(https://www.fbi.gov/investigate/civil-rights) [](https://www.ojp.gov/ncjrs/virtual-library/abstracts/utah-rights-offenders-under-custody-division-corrections)

- **Specific Allegations:**
  - **Color of Law:** Misuse of legal authority.
  - **Nepotism:** Favoritism based on family relationships.
  - **Prosecutorial Misconduct:** Improper behavior by prosecutors.
  - **Police Misconduct:** Including failure to provide Miranda warnings.
  - **Exclusionary Rule:** Evidence obtained in violation of constitutional rights.
  - **Fruit of the Poisonous Tree Doctrine:** Derivation of evidence from an illegal source.

- **Protected Class:** I am also claiming rights under the Americans with Disabilities Act, where my rights have been overlooked or violated.

- **Conspiracy Against Rights:** 18 U.S.C. § 241, which criminalizes conspiracy to injure, oppress, threaten, or intimidate any person in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States. []

(https://www.fbi.gov/investigate/civil-rights)

- **Current Illegal Activity:** I allege ongoing violations of federal laws in the state of Utah related to elections, including:
  - 18 U.S. Code § 2071 (Concealment, Removal, or Mutilation Generally)
  - 52 U.S. Code § 20511 (Voting Assistance for the Elderly and Handicapped)
  - 18 U.S. Code § 1505 (Obstruction of Proceedings before Departments, Agencies, and Committees)
  - 18 U.S. Code § 371 (Conspiracy to Commit Offense or to Defraud United States)
  - 18 U.S. Code § 2 (Principals)

**Request for Action:**

I am awaiting a response to my Notice of Intent to Sue. I am not playing around with these serious allegations and am prepared to escalate this matter to ensure justice and the restoration of my rights.

SINCERELY
Leland William Calder