**SUMMONS**

**Plaintiff Information:**
     1.   **Name **Leland William Calder
**Address** 925 E Gregson Av, Salt Lake City  U,T 84106
**Contact** (385) 487-0164

1. **Name:** Judge Jeanne M. Robison
   **Address:** 333 S 200 E, Salt Lake City, UT 84111
   **Contact:** (801) 535-6300

2. **Name:** Allen Woodland
   **Address:** 35 E 500 S, Salt Lake City, UT 84111
   **Contact:** (385) 468-7700

3. **Name:** Scott A. Fisher
   **Address:** 35 E 500 S, Salt Lake City, UT 84111
   **Contact:** (385) 468-7700

4. **Name:** Paige Williamson
   **Address:** 35 E 500 S, Salt Lake City, UT 84111
   **Contact:** (385) 468-7700

5. **Name:** Sim Gill
   **Address:** 35 E 500 S, Salt Lake City, UT 84111
   **Contact:** (385) 468-7700

**Defendant Information:**

1. **Name:** Leland W. Calder
   **Address:** 925 E Gregson Ave, Salt Lake City, UT 84106
   **Contact:** (385) 487-0164

**Court Information:**

- **Court Name:** 3rd Judicial District Court
- **Case Number:** 231404815
- **Court Address:** 333 S 200 E, Salt Lake City, UT 84111

**Case Information:**

- **Nature of the Case:** Electronic Communication Harassment
- **Date and Time:** May 21, 2024

**Service Information:**

- **Method of Service:** In Person
- **Server's Information:**
  - **Name:** Leland W. Calder
  - **Title:** Process Server
  - **Affiliation:** The State of Utah
  - **Court Address:** 333 S 200 E, Salt Lake City, UT 84111
  - **Additional Address:** 35 E 500 S, Salt Lake City, UT 84111

**Signature and Date:**

- **Signature:**

 [Signature of Leland Calder]
- **Date:** June 11, 2024