**NOTICE OF ORDER**

**THIRD JUDICIAL DISTRICT OF SALT LAKE CITY, UTAH**

**Address:** 333 South 200 East, Salt Lake City, UT, 84111

**Case Number:** 231404815

**Plaintiff/Petitioner:** Judge Jeanne M. Robison

**Defendant/Respondent:** Leland W. Calder

**Notice of Order**

To:
- Salt Lake City Municipal Court
- Judge Jeanne M. Robison
- Alan Woodland
- Scott A. Fisher
- Paige Williamson
- Sim Gill

**Date of Order:** June 11, 2024

**Description of Order:**
- Motion to Voluntarily Dismiss

**Prepared By:**
Leland W. Calder
925 East Gregson Avenue, Salt Lake City, UT 84106
Contact: (385) 484-0164

**Date Prepared:** June 11, 2024

**Method of Service:** Hand Delivery

**Service of Notice:**

- **Recipient:** Judge Jeanne M. Robison
  **Address:** 333 South 200 East, Salt Lake City, UT, 84111

- **Recipient:** Alan Woodland
  **Address:** 35 East 500 South, Salt Lake City, UT, 84111

- **Recipient:** Scott A. Fisher
  **Address:** 35 East 500 South, Salt Lake City, UT, 84111

- **Recipient:** Paige Williamson
  **Address:** 35 East 500 South, Salt Lake City, UT, 84111

- **Recipient:** Sim Gill
  **Address:** 35 East 500 South, Salt Lake City, UT, 84111

~~~~~~~~~~~~~~~~~~~~

**Signature:**
Leland W. Calder

---