**MOTION TO VOLUNTARILY DISMISS**

**LELAND W. CALDER**
**Address** 925 E Gregson Av, Salt Lake City, Ut  84106
**Telephone:** (385) 487-0164

**Address:** 333 S 200 E, Salt Lake City, UT, 84111
**Date:** June 11, 2024

**Re:** Case No. 231404815
**SALT LAKE CITY, A MUNICIPAL CORPORATION ON BEHALF OF THE STATE OF UTAH**

**v.**
**LELAND W. CALDER**

**MOTION TO VOLUNTARILY DISMISS**

To the Honorable Clerk of the Court, Judge, and District Attorneys:

I, Leland W. Calder, being the defendant in the above-referenced case, hereby move to voluntarily dismiss this action with prejudice.

**Brief Reason for the Dismissal:**

The decision to request dismissal is based on multiple constitutional violations which I assert have occurred during the course of this legal proceeding. Specifically:

- **First Amendment:** Freedom of speech and expression.
- **Fifth Amendment:** Protection against self-incrimination and due process.
- **Sixth Amendment:** Rights to a fair trial, including the right to counsel and an impartial jury.
- **Eighth Amendment:** Prohibition of excessive bail, fines, and cruel and unusual punishment.
- **Fourteenth Amendment:** Equal protection under the law and due process.

Further, the following issues are cited:

- Violation of Canon Chapter 12, Rule 2.6 regarding the right to be heard.
- Allegations of:
  - **Color of Law**
  - **Nepotism**
  - **Prosecutorial Misconduct**
  - **Police Misconduct**
  - **No Miranda Warnings**
  - **Exclusionary Rule Violations**
  - **Fruit of the Poisonous Tree Doctrine**

Additionally, my status under the Americans with Disabilities Act, and potential claims under 42 U.S.C. § 1983, particularly related to Brady violations, have not been adequately addressed, contributing to what I contend is willful misconduct by the state.

I respectfully request this Court to grant the motion to dismiss with prejudice.

Thank you for your attention to this matter.

Sincerely,


**Leland W. Calder**

**cc:**

- Judge Jeanne M. Robison, 333 S 200 E, Salt Lake City, UT 84111
- Alan Woodland, 35 E 500 S, Salt Lake City, UT 84111
- Scott A. Fisher, 35 E 500 S, Salt Lake City, UT 84111
- Paige Williamson, 35 E 500 S, Salt Lake City, UT 84111
- Sim Gill, 35 E 500 S, Salt Lake City, UT 84111