IN CONCLUSION ,
Mr. Calder's Sixth Amendment right to a spitedy trial was violated in this case
Through the City's excessive and unexplained pretrial delays
For a case with very simple
allegations.
Mr. Calder timely asserted these rights and has been prejudiced by this deprivation.
Mr. Calder therefore respectfully moves this Court to apply prejudice to this matter.

The remedy for a violation of a defendant's Sixth Amendment speedy trial right is
dismissal of the charges with prejudice.
Courts do not have discretion to fashion less drastic remedies after finding a violation of the Speedy Trial


SPEEDY TRIAL ACT OF 1974 -
DEFINING THE SIXTH AMENDMENT RIGHT.
THE SPEEDY TRIAL ACT OF 1974
MANDATES THAT, BY 1980,
THE PERIOD OF DELAY IN ALL FEDERAL AND DISTRICT COURTS SHALL NOT EXCEED
100 DAYS, SUBJECT TO A VARIET, WITH EXCLUDABLE PERIODS OF DELAY.

The only delay was the courts
Stating that I had to show my face during a web ex meeting , After The Fact
And the Previous 9 Times
I Never Showed My Face
As Well As The State
Muting me as well as hanging up on me
Like in todays trial


So there for they "THE COURTS"
Created the delays
Just like stated in Jordan Conrad's original
Statement

In conclusion, Mr. Calder's Sixth Amendment right to a spitedy trial was violated in this case
Through the City's excessive and unexplained pretrial delays
For a case with very simple
allegations.




Total of 500 to 520 Days!
Around in there
I Don't Know The Exact # Of Days!!!!!!
Days that in during which charges were pending against ME 🙋

=16.438 months

That's almost 3 times as long as the jail sentence!
Would of been
The max for a class B is 6 Months In Jail

And 16 months later
Still no conviction
Because they already stated no crime

Has been committed
So again tell me why I'm in the courts
In the first place

And 2ND
If you will not give me a trail like I've asked
To prove my innocence
Then what is the state truly hiding
While sidebyTenleys breaking my constitutional and civil rights

And then blaming me for there fuck UPS

By saying because I'm not on camera
In the court room
When I never was in any other court proceedings
And then for them to say I walked out
When in all reality I'm
They one hung up on me
Or two.  Muted me when I was talking
To the point.
I was forced to hang up on them

Again I have all the other court proceedings
Uploaded that can verify my statements are true and 100% correct


Again ask one's self why it took 9 proceedings
When did it take 3 judges
When did it take 6 or more district attorneys
And why did it take me to have like 5
State attorneys

And for them to once again not follow there own laws
And for them to try and blame me
For why they where not
Going to honor the 6th amendment
The right to a speedy trial 🤷

Leland William Calder


**Address**
925 E Gregson Av, Salt Lake City, UT 84106
**Contact**(385) 487-0164