ADDRESSING SYSTEMIC CORRUPTION
in Both Police and Judicial Systems in
Utah

1. Internal Reporting and Oversight
- Police Department:
- Internal Affairs (IA): Investigates misconduct within the police department.
- Police Chief: Responsible for overseeing and addressing corruption within the department.
- Judicial System:
- Presiding Judge: Has administrative authority to address issues within the court.

2. Local Government and Oversight Bodies
- City Manager or Mayor: Can investigate and take action against police corruption within their jurisdiction. They may also pressure for investigations into judicial misconduct if they suspect corruption.
- City Council: Can hold hearings, conduct investigations, and request external audits or reviews.

3. County and State-Level Oversight
- County Attorney: Has the authority to investigate and prosecute local police corruption.
- Utah Judicial Conduct Commission (JCC): Investigates complaints against judges and recommends disciplinary actions.

4. State Government Involvement
- Utah Attorney General: Can conduct independent investigations and prosecutions of both police and judicial corruption.
- Governor:
- Can direct the Utah Department of Public Safety (DPS) to investigate police corruption.
- Can appoint special prosecutors or commissions to investigate systemic corruption in both the police and judicial systems.
- Can work with the Attorney General to ensure comprehensive investigations and accountability measures are in place.

5. Governor:
- Can direct the Utah Department of Public Safety (DPS) to investigate police corruption.
- Can appoint special prosecutors or commissions to investigate systemic corruption in both the police and judicial systems.
- Can work with the Attorney General to ensure comprehensive investigations and accountability measures are in place.
- Can advocate for legislative changes to address systemic issues.

5. Utah State Legislature
- Legislative Oversight: The legislature can conduct investigations, hold hearings, and pass laws to enhance oversight and accountability for both police and judicial systems.
- Impeachment Powers: The legislature can initiate impeachment proceedings against corrupt judges or other officials.

6. Federal Authorities
- U.S. Department of Justice (DOJ):
- Can investigate and prosecute corruption that involves violations of federal laws or civil rights.
- Can impose consent decrees and mandate reforms in local police departments and judicial systems.
- May deploy the FBI to conduct thorough investigations.

7. Independent and External Audits
- Special Commissions and Task Forces:
The governor or legislature can appoint independent commissions to conduct thorough investigations and recommend reforms.

- Civilian Review Boards: Some cities may have civilian review boards that provide independent oversight and can be instrumental in uncovering corruption.

Summary of the Chain of Command
1. Internal Reporting and Oversight:
- Police: Internal Affairs and Police Chief
- Judicial: Presiding Judge
2. Local Government and Oversight Bodies:
- City Manager or Mayor, and City Council
3. County and State-Level Oversight:
- County Attorney, Utah Judicial Conduct Commission (JCC)
4. State Government Involvement:
- Utah Attorney General, Governor
5. Utah State Legislature:
- Legislative oversight, impeachment powers
6. Federal Authorities:
- U.S. Department of Justice (DOJ)
7. Independent and External Audits:
- Special commissions, civilian review boards


By leveraging these multiple layers of oversight, the system aims to ensure comprehensive accountability and address corruption effectively, even when it permeates both police and judicial systems.