ADDRESSING JUDICIAL CORRUPTION
In, Utah

1. Internal Judicial Procedures
• Presiding Judge: In each court, the presiding judge has administrative authority and is responsible for addressing issues of misconduct within their court. They can take initial steps to investigate and report corruption.

2. Judicial Conduct Commission
• Utah Judicial Conduct Commission (JCC): This independent body investigates allegations of judicial misconduct. Complaints about judges can be filed directly with the JCC, which has the authority to conduct investigations, hold hearings, and recommend disciplinary actions, including censure, suspension, or removal of judges.

3. Utah Supreme Court
• Utah Supreme Court: The highest court in the state has ultimate authority over the judicial branch. The Supreme Court reviews recommendations from the Judicial Conduct Commission and can impose disciplinary actions based on those recommendations.

4. Attorney General
• Utah Attorney General: The state Attorney General can investigate and prosecute criminal activities, including corruption, within the judicial system. They can bring charges against corrupt judges or court officials if there is evidence of criminal conduct.

5. Governor
• Governor: While the governor does not have direct oversight of the judicial system, they can play a role in addressing judicial corruption by:
• Appointing special prosecutors or commissions to investigate corruption.
• Working with the Attorney General to ensure thorough investigations and prosecutions.
• Using executive powers to push for legislative reforms or additional oversight mechanisms if systemic issues are identified.

6. Legislature
• Utah State Legislature: The legislature can enact laws to strengthen judicial oversight and accountability. They can also initiate impeachment proceedings against judges if necessary.

7. Federal Authorities
• U.S. Department of Justice (DOJ): In cases involving federal crimes or violations of federal civil rights laws, the DOJ can investigate and prosecute judicial corruption. They can intervene if state mechanisms are unable to effectively address the issue.

Summary of the Chain of Command
1. Presiding Judge: Initial internal oversight within the court.
2. Judicial Conduct Commission:
Independent body investigating judicial misconduct.
3. Utah Supreme Court: Reviews and enforces disciplinary actions recommended by the JCC.
4. Utah Attorney General: Investigates and prosecutes criminal corruption.
5. Governor: Can appoint special investigators, work with the AG, and push for legislative reforms.
6. Utah State Legislature: Can pass laws for oversight and initiate impeachment proceedings.
7. Federal Authorities: Intervene if state efforts are insufficient.

This chain of command ensures multiple layers of oversight and accountability within the judicial system, from internal court procedures to independent commissions and state-level interventions, up to federal involvement if necessary.