ADDRESSING POLICE CORRUPTION
In, Utah

1. Internal Police Department Procedures
• Internal Affairs: Most police departments have an Internal Affairs (IA) division responsible for investigating allegations of misconduct, including corruption. IA operates within the department to handle complaints from officers or the public.
MR DAVID : SOPER ANYBODY 👀 🕵

• Police Chief: The police chief oversees the department and is responsible for ensuring integrity and accountability. If corruption is detected, the police chief can initiate disciplinary actions, including suspension or termination of involved officers.
MR CHIEF BROWN 👀 🕵

2. Local Government Oversight
• City Manager or Mayor: In cities with a council-manager system, the city manager has oversight over the police chief and can take action if corruption is reported. In a mayor-council system, the mayor may have direct oversight of the police department.
@slcmayor 👀 🕵

• City Council: The city council can hold hearings, conduct investigations, and pressure for reforms or leadership changes within the police department if corruption is suspected or confirmed.
???????

3. County and State-Level Oversight
• County Attorney: The county attorney can investigate and prosecute cases of police corruption within their jurisdiction. They have the authority to bring criminal charges against corrupt officers.
@simgillda 👀 🕵

• Utah Attorney General: The state Attorney General's Office can intervene in cases of police corruption, especially if local authorities are unable or unwilling to address the issue. The AG can conduct independent investigations and prosecutions.
@seanreyesut 👀 🕵

4. State Government Involvement
• Governor: While the governor does not directly oversee local police departments, they play a crucial role in ensuring accountability at the state level. If local and county efforts to address corruption fail, the governor can:
@govcox

• Direct the Utah Department of Public Safety (DPS) to investigate the corruption allegations.
• Appoint special commissions or task forces to conduct independent investigations.
• Use executive powers to ensure that state laws and standards are upheld, potentially involving the Utah Attorney General or other state agencies to take action.

Additional Oversight Mechanisms
• Civilian Review Boards: Some cities have established civilian review boards to provide independent oversight of police departments and investigate complaints of misconduct.
• Federal Authorities: In severe cases, the U.S. Department of Justice (DO) can intervene, especially if there are civil rights violations. The DOJ can conduct investigations, impose consent decrees, and mandate reforms in local police departments.

Summary
The chain of command for addressing police corruption in Utah typically follows this path:
1. Internal Affairs and Police Chief

2. City Manager or Mayor, and City Council
3. County Attorney
4. Utah Attorney General
5. Governor
6. Federal Authorities (if necessary)

The governor is a significant part of the process but not the immediate last stop. Local mechanisms, followed by county and state-level interventions, are generally the first steps. The governor's role becomes critical if these steps are insufficient to address the corruption effectively.